**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __VIRGINIA__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tysons Concepts Corporation |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Greenhouse Bistro |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 7 – 2 8 2 3 1 9 5 |
| 4. | **Debtor's address** | **Principal place of business** <br> 2070 Chain Bridge Rd. <br> Number    Street <br> Suite G-6 <br> _____ <br> Vienna    VA    22182 <br> City    State    ZIP Code <br><br> _____ <br> County <br><br> **Mailing address, if different from principal place of business** <br> 934 Dead Run Dr. <br> Number    Street <br> P.O. Box <br> McLean    VA    22101 <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> _____ <br> Number    Street <br> _____ <br> City    State    ZIP Code |
| 5. | **Debtor's website** (URL) | www.greenhousetysons.com |

Debtor _____Tysons Concepts Corporation_____   Case number (*if known*)_____
      *Name*

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☒ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>    7  2  2  5 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☒ Chapter 11. *Check **all** that apply*: <br>      ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>      ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>      ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>      ☐ A plan is being filed with this petition. <br>      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br><br> If more than 2 cases, attach a separate list. | ☒ No <br> ☐ Yes.  District _____  When _____  Case number _____ <br>                                         MM / DD / YYYY <br>                 District _____  When _____  Case number _____ <br>                                         MM / DD / YYYY |

Debtor _____  _____  Case number *(if known)*_____
       Name

| | | |
|---|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No ☐ Yes. | Debtor _____ Relationship _____ District _____ When _____ MM / DD / YYYY Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
         Number    Street
    _____
    _____  ____ _____
    City          State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

Debtor _____Tysons Concepts Corporation_____    Case number (if known)_____
   Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☒ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/03/2025
      MM / DD / YYYY

✗ _____/s/ Masoud Abourghaddareh_____    _____Masoud Aboughaddareh_____
Signature of authorized representative of debtor    Printed name

Title _____President_____

**18. Signature of attorney**

✗ _____/s/ John P. Forest, II_____    Date _____07/05/2025_____
Signature of attorney for debtor         MM / DD / YYYY

John P. Forest, II
_____
Printed name

_____
Firm name

11350 Random Hills Rd., Suite 700
_____
Number  Street

Fairfax, VA 22030
_____   _____ _____
City                  State    ZIP Code

(703) 691-4940      john@forestlawfirm.com
_____      _____
Contact phone               Email address

33089              VA
_____         _____
Bar number               State

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: TYSONS CONCEPTS CORPORATION ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) |  |
| ) |  |

**LIST OF EQUITY SECURITY HOLDERS**

The Debtor states that the following are the persons hold equity securities in the Debtor:

| Name: | Interest [%]: |
|---|---|
| Masoud Aboughaddareh | 45.00 |
| Reza Goleshorki | 07.50 |
| Steve A. Ghabel | 05.00 |
| David B. Horsford | 05.00 |
| James A. Thompson | 05.00 |
| John Haddad | 05.00 |
| Ahmed Y. Heshmat | 12.50 |
| Jodi Mahdavi | 05.00 |
| Shariefeh Tabatabai | 02.50 |
| Efat Miamee | 05.00 |
| Mojtaba Wali | 02.50 |

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

TYSONS CONCEPTS CORPORATION

By: */s/ Masound Abourghaddareh*
Name: Masound Abourghaddareh
Title: President

Date: July 3, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                                          )
IN RE: TYSONS CONCEPTS CORPORATION    )         Docket No. 25-_____
                                                          )         Chapter 11 (Subchapter V)
      Debtor                                           )
_____  )

**MINUTES OF THE SPECIAL MEETING**
<u>**OF THE DIRECTORS OF TYSONS CONCEPTS CORPORATION**</u>

      Minutes of the special meeting of the Directors of TYSONS CONCEPTS CORPORATION, a Virginia corporation (the "Company) called pursuant to proper notice and the vote of the Members as indicated by their signatures hereon.

      WHEREAS, it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore, RESOLVED, that Masoud Aboughaddareh be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Masoud Aboughaddareh be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

      There being no further business, the meeting was thereupon adjourned.

      DATED and effective this 3rd day of July 2025.

                                                                <u>/s/ Masoud Aboughaddareh</u>
                                                                Secretary

APPROVED:

<u>/s/ Masoud Aboughaddareh</u>
Chairman                                                Directors:

                                                                <u>/s/ Masoud Aboughaddareh</u>
                                                               Masoud Aboughaddareh

                                                                <u>/s/ Reza Golesorkhi</u>_____
                                                               Reza Golesorkhi

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                              )
IN RE: TYSONS CONCEPTS CORPORATION  )     Docket No. 25-_____
                                              )     Chapter 11 (Subchapter V)
            Debtor                            )
_____  )

**RESOLUTION OF**
**THE SHAREHOLDERS OF TYSONS CONCEPTS CORPORATION**

A Resolution of the Directors of TYSONS CONCEPTS CORPORATION (the "Company") made upon and pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, the undersigned believe it is appropriate that the Company consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore, RESOLVED, that Masoud Aboughaddareh be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Company; and RESOLVED, that Masoud Aboughaddareh be, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Company.

There being no further business, the meeting was thereupon adjourned.

DATED and effective this 3rd day of July 2025.

/s/ Masoud Aboughaddareh
Secretary

APPROVED:

/s/ Masoud Aboughaddareh
Chairman                                              Directors:

                                                      /s/ Masoud Aboughaddareh
                                                      Masoud Aboughaddareh

                                                      /s/ Reza Golesorkhi_____
                                                      Reza Golesorkhi

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                            )
IN RE: TYSONS CONCEPTS CORPORATION    )    Docket No. 25-_____
                                            )    Chapter 11 (Subchapter V)
        Debtor                              )
_____ )

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

Under penalty perjury, the undersigned certifies that the above information is true and correct.

TYSONS CONCEPTS CORPORATION


By:     */s/ Masound Abourghaddareh*
Name:   Masound Abourghaddareh
Title:  President

Date:   July 3, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: TYSONS CONCEPTS CORPORATION ) | Docket No. 25-_____ |
| ) | Chapter 11 (Subchapter V) |
| Debtor ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

Under penalty perjury, the undersigned certifies that the above information is true and correct.

TYSONS CONCEPTS CORPORATION

By:    */s/ Masound Abourghaddareh*
Name: Masound Abourghaddareh
Title: President

Date: July 3, 2025

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                    )
IN RE: TYSONS CONCEPTS CORPORATION  )   Docket No. 25-_____
                                    )   Chapter 11 (Subchapter V)
       Debtor                       )
_____)

**COVER SHEET FOR LIST OF CREDITORS**

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via a flash drive listing a total of 17 creditors.

TYSONS CONCEPTS CORPORATION


By:     */s/ Masound Abourghaddareh*
Name:   Masound Abourghaddareh
Title:  President

Date:   July 3, 2025

PRIM Tycon Courthouse LLC
c/o AEW Capital Management, L.P.
Attention: Asset Manager PRIM Tycon Courthouse LLC
2 Seaport La.
Boston, MA 02210

Commonwealth of Virginia
Department of Taxation
P.O. Box 1115
Richmond, VA  23218-1115

County of Fairfax
Department of Tax Administration
P.O. Box 10203
Fairfax, VA 22035-0203

ASCAP
P.O. Box 331608
Nashville, TN 37203

Erie Insurance
10 S. Main Street
Berlin, MD 21811

Commonwealth of Virginia
Workmans Compensation Commission
333 E. Franklin St.
Richmond, VA 23219

Reza Golesorkhi
934 Dead Run Dr.
McLean VA 22101

Masoud Aboughaddareh
6724 Churchill Rd.
McLean, VA 22101

Mojtaba Wali
8210 Crestwood Heights Dr., Apt. #123
McLean VA 22102

Steve A. Ghabel
809 Brickell Key Dr.
Apt. 2403
Miami, FL 33131

David B. Horsford
11109 S. Glen Rd.
Potomac, MD 20854

James A. Thompson
934 Dead Run Dr.
McLean, VA 22101

John Haddad
6820 Melody La.
Bethesda, MD 20817

Ahmed Y. Heshmat
5920 Willow Knoll Dr.
Derwood, MD 20855

Jodi Mahdavi
915 Fairway Dr., N.E.
Vienna, VA 22180

Shariefeh Tabatabi
1246 Lachman La.
Pacific Palisades, CA 90272

Efat Miamee
1285 Ballantrae Farm Dr.
McLean, VA 22101